UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
- - - - - - - - - - - - - - - - -

G.E.G.,

        Plaintiff,                             Case No. 1:10-cv-1124

v.                                      Hon. Janet T. Neff
                                            U.S. District Judge

Eric K. Shinseki, Secretary,
DEPARTMENT OF VETERANS AFFAIRS,
A Federal Agency,

        Defendant.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2011, I caused copies of **DEFENDANT'S MOTION**

**TO DISMISS** and **DEFENDANT'S BRIEF IN SUPPORT OF MOTION TO DISMISS** to be

served on Plaintiff's counsel by depositing the same in the United States mail in a postage-

prepaid envelope properly addressed to:

Nicholas Roumel
Nacht Roumel Salvatore Blanchard & Walker PC
101 N. Main St., Ste. 555
Ann Arbor, MI 48104

                                      \s\ *Ryan D. Cobb*
                                      RYAN D. COBB (P64773)
                                      Assistant United States Attorney
                                      United States Attorney's Office
                                        Post Office Box 208
                                        Grand Rapids, MI   49501-0208
                                        616/456-2404
                                        E-mail:  Ryan.Cobb@usdoj.gov