UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

G.E.G.

        Plaintiff,

v.

DEPARTMENT OF VETERANS AFFAIRS

        Defendant.

Case No.1:10-cv-1124

Hon. Janet T. Neff

---

NICHOLAS ROUMEL (P37056)
NACHT, ROUMEL, SALVATORE,
BLANCHARD &WALKER, P.C.
Attorney for Plaintiff
101 N. Main Street, Ste. 555
Ann Arbor, MI 48104
(734) 663-7550
nroumel@nachtlaw.com

RYAN D. COBB
Assistant United States Attorney
Attorney for Defendant
Post Office Box 208
Grand Rapids MI  49501-0208
(616) 456-2404
Ryan.Cobb@usdoj.gov

---

## PROOF OF SERVICE

    I, Courtney L. Ceci, certify that two copies of Plaintiff's Response to Defendant's Motion to Dismiss, together with this Proof of Service were served upon all counsel of record by mailing the same to them at their respective business addresses as disclosed by the pleadings of record herein, with postage fully prepaid on the 22nd day of July, 2011.

*/s/ Courtney L. Ceci*
Courtney L. Ceci, Paralegal