UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

G.E.G.,

       Plaintiff,                                      Case No. 1:10-cv-1124

v.                                                  HON. JANET T. NEFF

ERIC K. SHINSEKI,

       Defendant.
_____/

**ORDER**

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss this case with prejudice (Dkt 16) is DENIED.

**IT IS FURTHER ORDERED** that Plaintiff's request to proceed with this action pseudonymously is DENIED.

**IT IS FURTHER ORDERED** that Plaintiff shall within **14 days** of the date of entry of this Order file an amended complaint to proceed in his full name or this case will be dismissed.


DATED: February 6, 2012                  /s/ Janet T. Neff
                                                           JANET T. NEFF
                                                           United States District Judge